UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTAE HOWARD, an individual, | No. CIV. S-13-1439 LKK/KJN |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

Pending before the court in the above-captioned case is defendants' motion to dismiss, currently set for hearing on October 7, 2013. (ECF No. 8.) The matter is also set for status conference on October 7, 2013.

For administrative reasons, hearing on defendants' motion will be CONTINUED until November 4, 2013 at 10:00 a.m. The deadline for filing a reply, if any (September 30, 2013), remains unchanged. The status conference is CONTINUED to December 2, 2013 at 10:30 a.m.

IT IS SO ORDERED.

DATED: September 30, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT