John L. Burris, Esq., SBN 69888
DeWitt M. Lacy, Esq., SBN 258789
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
dewitt.Lacy@johnburrislaw.com

Attorneys for Plaintiff
MONTAE HOWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTAE HOWARD, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT GREENBERG and ROBERT KERR, individually and in their official capacities as law enforcement officers for the City of Vallejo Police Department; DOES 1-50, inclusive; individually and in their capacities as law enforcement officers and/or personnel for the City of Vallejo Police Department,<br><br>   Defendants. | Case No.: 2:13-CV-01439-LKK-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE CMC** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

Plaintiff MONTAE HOWARD and Defendants CITY OF VALLEJO, *et. al.* by and through their respective counsel of record, hereby stipulate as follows:

1. An Initial Scheduling Conference is presently set on December 9, 2013 at 2:00 p.m. for the following actions:

> MONTAE HOWARD v. CITY OF VALLEJO, *et. al.*
>
> (2:13-cv-01439-LKK-KJN)

2. Because that date presents a schedule conflict for Plaintiff's counsel, the parties have agreed to reschedule the Initial Scheduling Conference for another date.  The parties have been advised that available dates for the Initial Scheduling Conference include December 23, 2013. Accordingly, the undersigned stipulate and agree to continue the Initial Scheduling Conference currently scheduled for December 9, 2013 at 2:00 p.m. to December 23, 2013 at 2:00 p.m. or, if that date is no longer available, to a future date mutually convenient to both parties and the Court.

IT IS SO STIPULATED.


DATED:  November 20, 2013					BERTRAND, FOX & ELLIOT
								By: */s/ Richard W. Osman*
								    Richard W. Osman
								    Attorney for Defendants


DATED:  November 20, 2013					LAW OFFICES OF JOHN L. BURRIS

								By: */s/ DeWitt M. Lacy*
								    DEWITT M. LACY
								    Attorneys for Plaintiff

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

# ORDER

This matter comes before the Court upon both parties' Stipulation to Continue the Initial Scheduling Conference. Upon careful scrutiny, and for good cause shown, the Court finds the stipulation well taken and grants the request to continue the Initial Scheduling Conference.

Accordingly, it is hereby **ORDERED** that:

1. The Initial Scheduling Conference, originally set for hearing on December 9, 2013, at 2:00 p.m. shall be continued to January 13, 2014 at 3:00 p.m.

.

**IT IS SO ORDERED**.

DATED: November 22, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT