UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTAE HOWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT GREENBERG, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-1439-LKK-KJN<br><br><br><u>ORDER</u> |

　　　　The parties have submitted a proposed stipulated protective order for the court's review and approval.  (ECF No. 29.)  The proposed stipulated protective order makes reference to various Civil Local Rules that are not the Local Rules of this court.  Accordingly, the court disapproves the proposed stipulated protective order, but without prejudice to the parties submitting a revised proposed stipulated protective order that complies with and references the Local Rules of this district, including, but not limited to, Local Rules 140 (privacy concerns and redaction); 141 (sealing of documents); and 141.1 (orders protecting confidential information).

　　　　IT IS SO ORDERED.

Dated:  July 23, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE